IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In Re: REGINALD LEE SULLIVAN, SR.      Case No.: 23-11419-JCO

## CHAPTER 13 TRUSTEE'S MOTION TO MODIFY CONFIRMED PLAN

COMES NOW Christopher Conte, the Standing Chapter 13 Trustee for the Southern District of Alabama ("Trustee"), by and through counsel, and pursuant to 11 U.S.C §1329(b) and FRBP 3015(g), moves to modify the Debtor's confirmed Chapter 13 Plan. In support of this motion the Trustee states the following:

Debtor is BELOW the median income in a confirmed 60 month plan at 0% to the unsecured and has not the 36 month disposable income test. The unsecured can be increased to 42.57% due to Notice of Termination and Discontinuation of Payments on ECF claim #6, 7, & 8 by U.S. Bank dated July 30, 2025. It is the Trustee's position that the distribution to the unsecured should be increased to 42.57% to meet the 36 month disposable income test.

WHEREFORE, the Trustee respectfully requests that this Motion to Modify the confirmed Chapter 13 Plan be granted in addition to all other relief that is just and appropriate.

Respectfully submitted, August 8, 2025

/s/Christopher Conte
CHRISTOPHER CONTE
Chapter 13 Trustee
Post Office Box 1884
Mobile, AL 36633
(251)438-4615

## CERTIFICATE OF SERVICE

       I hereby certify that on August 8, 2025, the foregoing was filed with the clerk of the Court using the CM/ECF. The following have been served a copy by
U.S. Mail, Electronic Transmission or Certified Mail.


**Reginald Lee Sullivan, Sr.**
**7080 Remington Estates Dr**
**Mobile, AL 36618-4445**
VIA FIRST CLASS MAIL


**Alexander P. Almond, III**
orrandalmond@yahoo.com